UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ENDY,<br><br>……………………………….Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES; MICHAEL WATROBSKI, individually and in his official capacity; ROYAL KYLE, individually and in his official capacity; LORENA GARCIA, individually and in her official capacity; and DOES 1-10, inclusive,<br><br>....................................................Defendants. | CASE NO.: 2:16-cv-03344 RGK (SKx)<br><br>[~~PROPOSED~~] JUDGMENT |

Following the Court's July 25, 2016 Minute Order granting the Motion to Dismiss filed by Defendants County of Los Angeles, County of Los Angeles Department of Children and Family Services, Michael Watrobski, and Lorena Garcia (collectively referred to as "Defendants"). [ECF 27.] Defendants submitted a [Proposed] Judgment against Plaintiff James Endy ("Plaintiff") that was denied

by the Court on August 2, 2016. [ECF 33.] The Court then denied Plaintiff's Motion to Alter or Amend Judgment on September 14, 2016. (ECF 41.]

Pursuant to the July 25, 2016 Minute Order which has dismissed all federal claims asserted by Plaintiff against Defendants without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff as to the § 1983 and civil conspiracy claims.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's § 1983 and civil conspiracy claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court has declined jurisdiction over Plaintiff's state law claims, and the state law claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 27, 2016

_____
R. GARY KLAUSNER
United States District Judge