**JILL WILLIAMS – State Bar No. 221793**
**SCOTT J. CARPENTER – State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT, LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 [Fax]
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendant, County of Los Angeles
(also erroneously sued as "County of Los Angeles Department of Children and Family Services")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ENDY. | Case No.: 2:16-cv-03344 RGK (SKx) |
| Plaintiff, | [~~Proposed~~] **Judgment** |
| vs. | |
| COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | |
| Defendants. | **Hon. R. Gary Klausner**<br>**U.S. District Judge** |

Pursuant to the Court's May 28, 2019 Minute Order granting the Motion for Summary Judgment filed by defendants County of Los Angeles and County of Los Angeles Department of Children and Family Services (collectively the "County"), which granted summary judgment to the County on the claim asserted by plaintiff James Endy ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the County shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim is dismissed with prejudice,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the County shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 07, 2019

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE